Judge Franklin D. Burgess

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JAMES M. BREWSTER, | ) | Civ. No. 3:05-cv-5120-FDB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COMMISSIONER, INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Pending before the Court is the "Unopposed Motion for Extension of the Deadline for Filing the Joint Status Report," filed by defendant the United States of America ("United States"). Having considered the motion, the submissions, and the applicable law, and for good cause showing, the Court

    ORDERS that the Unopposed Motion for Extension of the Deadline for Filing the Joint Status Report is GRANTED and that the parties shall have an additional sixty (60) days to file the joint status report.

//

//

[Proposed] Order
Civ. No. 3:05-cv-5120-FDB

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6422

- 1 -

1111281.1

Judge Franklin D. Burgess

IT IS SO ORDERED.  The Clerk is directed to send copies of this Order to counsel.

DATED this 28th day of July 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

    JOHN McKAY
    United States Attorney

    ROBERT BROUILLARD, WSB #19786
    Assistant United States Attorney
    700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271

By:   /s/ Richard A. Latterell
    RICHARD A. LATTERELL
    State Bar Number 0323809 (MN)
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C.  20044-0683
    Telephone: (202)  307-6422
    Email: Richard.A.Latterell@usdoj.gov

    Attorneys for the United States

[Proposed] Order
Civ. No. 3:05-cv-5120-FDB

- 2 -

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6422

1111281.1